**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Everette Lagrand BYRD, Defendant–**
**Appellant.**

No. 01–7053.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 3, 2001.

Decided Oct. 23, 2001.

Everette Lagrand Byrd, pro se. Harold
Watson Gowdy, III, Office of the United
States Attorney, Greenville, SC, for appel-
lee.

Before DIANA GRIBBON MOTZ,
TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Everette Lagrand Byrd seeks to appeal
the district court's marginal order denying

---

his motion to file a 28 U.S.C.A. § 2255 (West Supp.2001) motion out of time. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. We find it apparent that Byrd filed his § 2255 motion beyond the one year limitations period and that he does not qualify for equitable tolling. *See Harris v. Hutchinson,* 209 F.3d 325, 328–31 (4th Cir.2000) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*